# EXHIBIT 1

# BOEHRINGER INGELHEIM CORPORATION   ACTIVE

900 RIDGEBURY ROAD, RIDGEFIELD, CT, 06877, United States

**BUSINESS DETAILS** ⌄

## Business Details ⌃

### General Information

**Business Name**
BOEHRINGER INGELHEIM CORPORATION

**Business status**
ACTIVE

**Citizenship/place of formation**
Foreign/NV

**Business address**
900 RIDGEBURY ROAD, RIDGEFIELD, CT, 06877, United States

**Annual report due**
12/8/2022

**NAICS code**
Offices of Other Holding Companies (551112)

**Business ALEI**
0191675

**Date formed**
12/8/1986

**Business type**
Stock

**Mailing address**
900 RIDGEBURY ROAD, RIDGEFIELD, CT, 06877, United States

**Last report filed**
2021

**NAICS sub code**
551112

### Principal Details

**Principal Name**
CHRISTIAN ORTH

**Principal Title**
Director, Treasurer

**Principal Business address**
900 RIDGEBURY ROAD, RIDGEFIELD, CT, 06877, United States

Principal Residence address
900 RIDGEBURY ROAD, RIDGEFIELD, CT, 06877, United States

Principal Name
SHEILA DENTON

Principal Title
SECRETARY, Director

Principal Business address
900 RIDGEBURY ROAD, RIDGEFIELD, CT, 06877, United States

Principal Residence address
900 RIDGEBURY ROAD, RIDGEFIELD, CT, 06877, United States

Principal Name
MARTIN SCHWARZ

Principal Title
Director

Principal Business address
900 RIDGEBURY ROAD, RIDGEFIELD, CT, 06877, United States

Principal Residence address
900 RIDGEBURY ROAD, RIDGEFIELD, CT, 06877, United States

Principal Name
JEAN-MICHEL BOERS

Principal Title
Director

Principal Business address
900 RIDGEBURY ROAD, RIDGEFIELD, CT, 06877, United States

Principal Residence address
900 RIDGEBURY ROAD, RIDGEFIELD, CT, 06877, United States

Principal Name
JEAN-MICHEL BOERS

Principal Title
PRESIDENT

Principal Business address
900 RIDGEBURY ROAD, RIDGEFIELD, CT, 06877, United States

Principal Residence address
900 RIDGEBURY ROAD, RIDGEFIELD, CT, 06877, United States

## Agent details

Agent name
C T CORPORATION SYSTEM

Agent Business address
67 Burnside Ave, East Hartford, CT, 06108-3408, United States

## Filing History

### Annual Report(1992)


**0000102011**

Filing date:

Volume Type

Volume

Start page

Pages

Date generated


**Business Registration - Certificate of Authority**
**0000102010**

Filing date: 12/8/1986

Volume Type
C

Volume
10780

Start page
2776

Pages
0

Date generated
12/8/1986


**Annual Report(1994)**
**0001522983**

Filing date: 1/31/1995

Volume Type
B

Volume
10

Start page
1351

Pages
4

Date generated
1/31/1995


**Annual Report(1996)**
**0001684163**

Filing date: 11/29/1996

Volume Type
B

Volume
106

Start page
3057

Pages
4

Date generated
11/29/1996


**Annual Report(1997)**
**0001796587**
Filing date: 11/3/1997

Volume Type
B

Volume
168

Start page
1326

Pages
5

Date generated
11/3/1997


**Annual Report(1998)**
**0001920089**
Filing date: 11/18/1998

Volume Type
B

Volume
235

Start page
1506

Pages
5

Date generated
11/18/1998


**Annual Report(1999)**
**0002038110**
Filing date: 11/4/1999

Volume Type
B

Volume
299

Start page
1759

Pages
3

Date generated

11/4/1999


**Annual Report(2000)**
**0002209259**
Filing date: 1/3/2001

Volume Type
B

Volume
388

Start page
1313

Pages
5

Date generated
1/3/2001


**Annual Report(2001)**
**0002377418**
Filing date: 12/21/2001

Volume Type
B

Volume
473

Start page
1221

Pages
4

Date generated
12/21/2001


**Annual Report(2002)**
**0002564752**
Filing date: 12/31/2002

Volume Type
B

Volume
571

Start page
300

Pages
4

Date generated
12/31/2002

**Annual Report(2003)**
**0002746877**

Filing date: 12/29/2003

Volume Type
B

Volume
666

Start page
738

Pages
4

Date generated
12/29/2003

Annual Report(2004)
**0002970033**

Filing date: 12/30/2004

Volume Type
B

Volume
787

Start page
2450

Pages
4

Date generated
12/30/2004

Annual Report(2005)
**0003057773**

Filing date: 12/7/2005

Volume Type
B

Volume
833

Start page
2708

Pages
2

Date generated
12/7/2005

Annual Report(2006)
**0003347402**

Filing date: 12/7/2006

Volume Type
B

Volume
985

Start page
787

Pages
2

Date generated
12/7/2006

**Change of Agent Address - Agent Address Change**
**0003425011**
Filing date: 4/2/2007

Volume Type

Volume

Start page

Pages

Date generated
4/2/2007

**Annual Report(2007)**
**0003568488**
Filing date: 11/2/2007

Volume Type
B

Volume
1098

Start page
2947

Pages
2

Date generated
11/2/2007

**Annual Report(2008)**
**0003814694**
Filing date: 11/17/2008

Volume Type
B

Volume
1225

Start page
2048

Pages
2

Date generated

11/17/2008



**Annual Report(2009)**
**0004051774**
Filing date: 11/18/2009

Volume Type
B

Volume
1347

Start page
2941

Pages
2

Date generated
11/18/2009



**Annual Report(2010)**
**0004267260**
Filing date: 11/1/2010

Volume Type
B

Volume
1462

Start page
2021

Pages
2

Date generated
11/1/2010



**Annual Report(2011)**
**0004472905**
Filing date: 11/17/2011

Volume Type
B

Volume
1577

Start page
838

Pages
4

Date generated
11/17/2011



**Change of Agent Address - Agent Address Change**
**0004483575**

Filing date: 12/1/2011

Volume Type

Volume

Start page

Pages

Date generated
12/1/2011

### Annual Report(2012)
**0004754346**

Filing date: 11/29/2012

Volume Type
B

Volume
1741

Start page
1156

Pages
3

Date generated
11/29/2012

### Annual Report(2013)
**0004979921**

Filing date: 11/12/2013

Volume Type
B

Volume
1868

Start page
1366

Pages
3

Date generated
11/12/2013

### Annual Report(2014)
**0005216682**

Filing date: 11/12/2014

Volume Type
B

Volume
2001

Start page
17

Pages
3

Date generated
11/12/2014


### Annual Report(2015)
**0005452144**
Filing date: 12/23/2015

Volume Type
B

Volume
2131

Start page
3556

Pages
3

Date generated
12/23/2015


### Annual Report(2016)
**0005690801**
Filing date: 11/9/2016

Volume Type
B

Volume
2265

Start page
914

Pages
3

Date generated
11/9/2016


### Annual Report(2017)
**0005987397**
Filing date: 12/19/2017

Volume Type
B

Volume
2430

Start page
2848

Pages
4

Date generated
12/19/2017


(https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000000zoJX/ULUhljKIQ0AKyuN2N13.HJ2O85bi_ZSN0d8HA5hweEo)

Volume Type
A

Volume
208

Start page
1326

Pages
4

Date generated
5/14/2019

Digital copy
View as PDF
(https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000000zoJX/ULUhljKIQ0AKyuN2N13.HJ2O85bi_ZSN0d8HA5hweEo)


(https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000000zru4/bpp5DPMLHCyxf278i4YxjuJ4_MnYOoyI76SnBk6zr8w)

Volume Type
A

Volume
269

Start page
187

Pages
6

Date generated
11/26/2019

Digital copy
View as PDF
(https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000000zru4/bpp5DPMLHCyxf278i4YxjuJ4_MnYOoyI76SnBk6zr8w)

(https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t00000023cQl/Yn3NP8nqFqNgc9hl5xoMp8Zgp3SviTku7IWQGksmRJo)

Volume Type
A

Volume

581

Start page
578

Pages
7

Date generated
11/10/2020

Digital copy
View as PDF (https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t00000023cQl/Yn3NP8nqFqNgc9hl5xoMp8Zgp3SviTku7IWQGksmRJo)

[📄 (https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000002VWJ8/V3.D2jlUoHWBLQCwqNRR7q8OcmXRZtVL_Eg9RSKOtdg)

Volume Type

Volume

Start page

Pages

Date generated
12/14/2021

Digital copy
View as PDF (https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000002VWJ8/V3.D2jlUoHWBLQCwqNRR7q8OcmXRZtVL_Eg9RSKOtdg)

## Name History ⌃

None

## Shares ⌃

None